IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY DEAN WELCH, | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. C-06-392 |
| | § | |
| JAROD BLEIBDREY[1], et al., | § | |
|    Defendants. | § | |

## ORDER STAYING PROCEEDINGS AS TO DEFENDANT JOSE HERNANDEZ FOR NINETY DAYS AND ORDER APPOINTING COUNSEL TO REPRESENT AND LOCATE DEFENDANT JOSE HERNENDEZ PURSURANT TO THE SERVICEMEMBERS CIVIL RELIEF ACT

The Office of Attorney General has filed an *amicus* advisory that defendant Jose Hernandez is serving on active duty overseas in the United States Navy (D.E. 18). All proceedings in this case are stayed as to defendant Hernandez for a period of ninety days.

Pursuant to the Servicemembers Civil Relief Act, Assistant Attorney General Shanna Elizabeth Molinare is appointed to represent defendant Jose Hernandez. 50 App. U.S.C. § 521(b)(2). Within ninety days of the date of this order, counsel shall file either: (1) an answer on behalf of Mr. Hernandez; (2) a motion for a further stay which complies with the requirements of 50 App. U.S.C. § 522(b); or (3) a report detailing efforts to locate and communicate with defendant Hernandez.

ORDERED this 4th day of December, 2006.

                                                          B. JANICE ELLINGTON
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk shall amend defendant J. Bleibdery's name to "Jarod Bleibdrey" as represented by counsel in the defendants' answer (*See* D.E. 17).